Justin K. Kuney # 249283
1300 Ethan Way, Ste 125
Sacramento, CA 95825
916-446-1791

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s). | CASE NUMBER<br><br>**2:11-cv-04097-CBM-DTB**<br><br>**SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☒ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 9/22/2011         /s/ Justin K. Kuney
                         Attorney for Plaintiff  Cheri Hagl

Dated: _____  _____
                         Attorney for Plaintiff

Dated: 9/22/2011         /s/ Andrew Rundquist
                         Attorney for Defendant  Legal Recovery Law Offices, Inc.

Dated: _____  _____
                         Attorney for Defendant

Dated: _____  _____
                         Attorney for Defendant

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request**. If additional signatures are required, attach an additional page to this request.

ADR–01 (03/07)         **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE**