JUSTIN KUNEY ESQ., Esq.
1300 ETHAN WAY, STE 125
SACRAMENTO CA 95825
Telephone:(916)446-1791
Fax:(916)446-1742
Attorney for Plaintiff CHERI HAGL

Andrew Rundquist, Esq. SBN - 262523
arundquist@lrlo.com
**LEGAL RECOVERY LAW OFFICES, INC.**
5030 Camino De La Siesta # 340
San Diego, CA 92108
Telephone: (800)785-4001
Fax: 619-275-4010
Attorney for Defendant LEGAL RECOVERY LAW OFFICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI HAGL, | Case No.: 11-cv-04097 |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| LEGAL RECOVERY LAW OFFICES, INC., | |
| Defendant(s) | |

    Defendant LEGAL RECOVERY LAW OFFICES, INC. and Plaintiff CHERI HAGL by and through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

    This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its

entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.

                                               Respectfully submitted,

Dated: December 27, 2011          By: /s/ JUSTIN KUNEY ESQ.
                                           JUSTIN KUNEY ESQ.
                                           Attorney for Plaintiff CHERI HAGL

Dated: December 27, 2011          By: /s/Andrew Rundquist
                                           ANDREW RUNDQUIST ESQ.
                                           Attorney for Defendant LEGAL
                                           RECOVERY LAW OFFICES, INC.