MD JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI HAGL, | ) Case No.: CV11-04097 CBM(DTBX) |
|         Plaintiff, | ) |
|    vs. | ) ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| LEGAL RECOVERY LAW OFFICES, INC., | ) |
|         Defendant(s) | ) |

    Pursuant to the stipulation of Plaintiff CHERI HAGL and Defendant LEGAL RECOVERY LAW OFFICES, INC., IT IS HEREBY ORDERED the above referenced matter is dismissed with prejudice.

Dated: Jan. 10, 2012

                                           _____
                                           Hon. Consuelo B. Marshall
                                           U.S. District  Judge
                                           United States District Court